Littleton, Judge:
I concur in all the reasons given and the conclusions reached in the foregoing dissenting opinion and believe that they are fully sustained by the cases of United States v. Kirby, 7 Wall. 482, 486, 487; Ryan et al v. Carter et al, 93 U. S. 78, 84; Heydenfeldt v. Daney Gold and Silver Mining Co., 93 U. S. 634, 638; United States v. Moore, 95 *555 U. S. 760, 763; United States v. Saunders, 120 U. S. 126, 129; United States v. Jones, 131 U. S. 1-14, 16-19; United States v. Chase, 135 U. S. 255, 258; Petri v. Commercial National Bank of Chicago, 142 U. S. 644, 650; Holy Trinity v. United States, 143 U. S. 45, 47, 49; In re Chapman, 166 U. S. 661, 667; Rhodes v. Iowa, 170 U. S. 412, 422; Hamilton v. Rathbone, 175 U. S. 414, 419, 421; United States v. Farenholt, 206 U. S. 226, 229; American Tobacco Company v. Werckmeister, 207 U. S. 284, 293, 296; Ozawa v. United States, 260 U. S. 178, 193, 194; United States v. Katz et al, 271 U. S. 354, 362; United States et al v. American Trucking Associations, Inc. et al., 310 U. S. 534, 542, 544, 553; Shacklette v. United States, 71 C. Cls. 376.